UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-61350-CIV-DAMIAN

**VICTOR TORRES CARMONA,**

       Petitioner,

v.

**TODD LYONS,** *et al.*,

       Respondents.

_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

**THIS CAUSE** came before the Court upon Petitioner, Victor Torres Carmona's ("Plaintiff"), Notice of Voluntary Dismissal Without Prejudice ("Notice") [ECF No. 7], filed on May 29, 2026. The Notice specifies that Petitioner seeks voluntary dismissal without prejudice, and this Court notes that Respondents have not yet filed an answer or a motion for summary judgment.

This Court having reviewed the Notice and, per Federal Rule of Civil Procedure 41(a)(1)(A)(i), it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 29th day of May, 2026.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**